In the Matter of the Accounting of JEROME DE WITT, as Trustee of the Estate of MARQUIS L. HAWLEY, Deceased, Respondent.

LOVISA E. HAWLEY, Appellant.

*Appeal — modification by Appellate Division of decree of surrogate and remission to that court to take further proof — appeal to Court of Appeals dismissed.*

*Matter of Hawley,* 219 App. Div. 216, appeal dismissed.
(Argued October 6, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 9, 1927, which modified a decree of the Cortland County Surrogate's Court and remitted the matter to that court to take further proof and enter a new decree.

*Edmund B. Jenks* and *Edward F. Ronan* for appellant.

*Thomas B. Kattell* and *Jerome De Witt* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ.   Not sitting: LEHMAN, J.